# Exhibit "C"

## EXHIBIT "A"
(Legal Description)

Situated in the State of Ohio, County of Franklin, City of Columbus, being located in Quarter Township 2, Township 2, Range 18, United States Military Lands, and being a 4.154 acre tract out of an original 41.347 acre tract deeded to High Cross Associates, L.L.C., in Deed Volume 33944, Page B15, Recorders Office, Franklin County, Ohio, (all deed and plat reference made being to said Recorder's Office, unless otherwise noted), said 4.154 acre tract being more particularly described as follows:

Beginning FOR COMMENCEMENT at the centerline intersection of High Cross Boulevard (60' R/W) and Hutchinson Avenue (60' R/W), referenced by a PK nail found (0.08 feet North, 0.06 feet West);

Thence along the centerline of said Hutchinson Avenue, following the arc of a curve to the right, 279.54 feet, having a central angle of 32° 01' 58", a radius of 500.00 feet, and a chord bearing North 77° 09' 08" East, 275.91 feet to a PK nail found at the point of tangency;

Thence continuing along said centerline of Hutchinson Avenue, South 86° 49' 53" East, 75.31 feet to a point in said centerline;

Thence leaving said centerline of Hutchinson Avenue, North 03° 10' 07" Seconds East, 30.00 feet to 5/8" rebar set in the north right-of-way line of said Hutchinson Avenue and in the south line of said original 41.347 acre tract, and being the southwest corner of a 20.232 acre tract deeded to B&G Realty, Inc., Instrument No. 199 708290082274, also the southeast corner of herein described 4.154 acre tract, the TRUE POINT OF BEGINNING;

Thence along the north right-of-way line of said Hutchinson Avenue and said south line of original 41.347 acre tract, North 86° 49' 53" West, 75.31 feet to a 5/8" rebar set, replacing a bent 3/4" pipe with a yellow plastic cap marked "EMH&T" found at the point of curvature;

Thence continuing along the north right-of-way line of said Hutchinson Avenue and said south line of original 41.347 acre tract, following the arc of a curve to the left 232.74 feet, having a central angle of 25° 09' 39", a radius of 530.00 feet, and a chord bearing South 80° 35' 18" West, 230.88 feet to a 5/8" rebar set at the point of reverse curvature at the intersection with the east right-of-way of High Cross Boulevard;

Thence leaving the north right-of-way line of Hutchinson Avenue, crossing said original 41.347 acre tract, along the said east right-of-way line of High Cross Boulevard; following the arc of a curve to the right 53.05 feet, having a central angle of 101° 20' 20", a radius of 30.00 feet, and a chord bearing North 61° 19' 22" West, 46.40 feet to a 5/8" rebar set at the point of curvature;

Thence continuing along the said east right-of-way line of High Cross Boulevard, following the arc of a curve to the right 41.82 feet, having a central angle of 14° 04' 49", a radius of 170.19

(Continued)

Exhibit "A" (Continued)
Page 2 of 3

feet, and a chord bearing North 03° 36' 48" West, 41.72 feet to a 5/8" rebar set, replacing a bent 3/4" pipe with a yellow plastic cap marked "EMH&T" found at the point of tangency;

Thence continuing along the said east right-of-way line of High Cross Boulevard, North 03° 26' 06" East, 210.20 feet to a 5/8" rebar set, replacing a bent 3/4" pipe with a yellow plastic cap marked "EMH&T" found;

Thence continuing along the said east right-of-way line of High Cross Boulevard, following the arc of a curve to the left 159.04 feet, having a central angle of 30° 22' 27", a radius of 300.00 feet, and a chord bearing North 11° 45' 08" West, 157.18 feet to a 3/4" pipe with a yellow plastic cap marked "EMH&T" found at the point of tangency;

Thence continuing along the said east right-of-way line of High Cross Boulevard, North 26° 56' 21" West, 150.48 feet to a point of curvature, reference by a 3/4" pipe with a yellow plastic cap marked "EMH&T" found (North 0.07 feet, West 0.09 feet);

Thence continuing along the said east right-of-way line of High Cross Boulevard, following the arc of a curve to the right 34.43 feet, having a central angle of 04° 11' 52", a radius of 470.00 feet, and a chord bearing North 24° 50' 25" West, 34.43 feet to a 5/8" rebar set in said right-of-way;

Thence leaving said right-of-way of High Cross Boulevard, crossing said 41.347 acre tract, South 86° 49' 53" East, 351.59 feet to a mag nail set in the west line of said 20.232 acre tract deeded to B&G Realty, Inc.;

Thence along the west line of said 20.232 acre tract, South 03° 09' 54" West, 203.78 feet to a mag nail set;

Thence continuing along the west line of said 20.232 acre tract, South 86° 49' 53" East, 127.00 feet to a 1/4" diameter drill hole made in concrete walk;

Thence continuing along the west line of said 20.232 acre tract, South 03° 10' 07" West, 330.00 feet to the TRUE POINT OF BEGINNING, containing 4.154 acres.

Basis of bearings are based on the same meridian as the bearing of the centerline of Hutchinson Avenue (South 86° 49' 53" East), of record in Plat Book 62, Page 53 and Plat Book 64, Page 100.

(Continued)

Exhibit "A" (Continued)
Page 3 of 3

Together with easements appurtenant to the above described property as are established by the instrument entitled "Easements with Covenants and Restrictions Affecting Land", recorded as Instrument Number 199708290082274, among the Franklin County Records.

Together with easements established by the Sign Easement Agreement between High Cross Associates, L.L.C., and B & G Realty, Inc., dated August 29, 1997 and recorded August 29, 1997 in Instrument Number 199708290082151 of the Franklin County Records.

(End of Exhibit "A")